# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| FEI GUO TANG<br>A# 072-340-105<br><br>v.<br><br>WARDEN | § § § § § § | CIVIL ACTION NO. 3:24-CV-3101-S-BW |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court will **DISMISS** the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [ECF No. 1] without prejudice as moot by separate judgment.

**SO ORDERED.**

SIGNED April 24, 2025.

_____
**UNITED STATES DISTRICT JUDGE**